1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (SBN 111536)
2  GIA L. CINCONE (SBN 141668)
   RYAN BRICKER (SBN 269100)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com,
              rbricker@kilpatricktownsend.com
6
   Attorneys for Plaintiff
7  THE CLOROX COMPANY

8

9                       UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  THE CLOROX COMPANY,                    Case No. 13-cv-1536

13                     Plaintiff,          **STIPULATION FOR ACCEPTANCE
                                           OF SERVICE OF PROCESS AND
14         v.                              CONTINUING DEFENDANTS'
                                           DEADLINES TO RESPOND TO THE
15  INDUSTRIAS ALEN, S.A. de C.V., and ALEN   COMPLAINT
    USA, L.P.,
16
                       Defendants.
17

18

19        Pursuant to Civil L.R. 6-1(a), the parties stipulate as follows:

20        1.          Undersigned counsel represents defendant AlEn USA, LLC, ("AlEn")

21                    (identified in the caption above as AlEn USA, L.P.) and defendant Industrias

22                    AlEn, S.A. de C.V., ("Industrias AlEn"), and enters into this Stipulation on their

23                    behalf.

24        2.          Defendants AlEn and Industrias AlEn hereby voluntarily accept service of the

25                    Summons in this action as of April 12, 2013, and acknowledge receipt of copies

26                    of the Civil Summons, the Complaint and all related documents, and Judge

27                    Tigar's Standing Orders.  Defendants' acceptance of service shall not waive any

28                    rights, including the right to challenge personal jurisdiction in this action.

3.      Service on Defendants AlEn and Industrias AlEn by the methods set forth in Fed. R. Civ. P. 4 is hereby satisfied, effective April 12, 2013.

4.      Defendant AlEn's deadline to file a responsive pleading to the complaint pursuant to the parties' agreements regarding service shall be extended by thirty (30) days, until June 3, 2013.

5.      Defendant Industrias AlEn's deadline to file a responsive pleading to the complaint pursuant to the parties' agreements regarding service shall be extended by sixty (60) days, until July 2, 2013.

DATED: April 22, 2013

Respectfully submitted,

By:     ___/s/ Gregory S. Gilchrist_____
Gregory S. Gilchrist
KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Plaintiff
THE CLOROX COMPANY


By:     ___/s/ Jedediah Wakefield_____
Jedediah Wakefield
FENWICK & WEST LLP

Attorneys for Defendants
AlEn USA LLC and Industrias AlEn, S.A. de C.V.

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

_____
/s/ Gregory S. Gilchrist
Gregory S. Gilchrist

65377061V.1 C0010/872129