KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RYAN T. BRICKER (State Bar No. 269100)
ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com,
rbricker@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:  415 576 0200
Facsimile:   415 576 0300

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>INDUSTRIAS ALEN, S.A. de C.V., and ALEN USA, L.P.,<br><br>          Defendant. | Civil Action No. C-13-01536 JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Complaint Filed:  April 5, 2013 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff The Clorox Company voluntarily dismisses this action without prejudice.  As of this date, no defendant has filed an answer or otherwise responded to the complaint.

DATED: May 30, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
GIA L. CINCONE

Attorneys for Plaintiff
The Clorox Company

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. CV-13-1536 JST

- 1 -